UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JEFFREY AUSTIN, Joan Austin, Johnella §
Bradford, Antrece Baggett, Ashley Britton- §
Picott, Adrian Brown, Cassandra Brown, §
Deliah Brown, Trina Campbell, Felicia §
Rucker-Carter, Hyginus Chukwu, Shirley §
Collins, Lisa Cooper, Ava Cosey, Marie §
Cromwell, Terrence Crosby, Marcus §
Curvey, Carolyn Davis, Karen Davis, Syble §
Davis, Linda Denkins, Brigette Dennis, §
Chameeta Denton, Antionette Dickson, §
Charles Drayden, Rosemary Edwards, §
Catina Eiland, Lorlie Ellis, Readri Epps, §
Micalyn Flagg, Rosalyn Francis, Geraldine §
Gibson, Brandy Griffin, Afrah Hassan, §
Avis Horde, Kim Ingram, Dawnica §
Jackson, Rodney Jackson, Troy Jefferson, §
China Jenkins, Demeita Johnson, Michelle §     CIVIL ACTION NO. 4:21-cv-00686
Johnson, Reginald Johnson, Andrea Jones, §
Stephanie Jones, Beverly Joseph, Pandora §         JURY DEMANDED
Jubilee, Betty Keller, Ellamees Kelly-Molo, §
Terry Kidd, Elfreda King, Latina King, §
Edna Kingsley, Donny Leveston, Conrad §
Levy, Marlene London, Damita McClain, §
Marcus McNeil, Lue Mims, Ricardo §
Modeste, Kishma Moranice, Miesha §
Mosley, Ameenah Muhammad, Mary §
Page, Shirley Parish, Cynthia Patton, §
Wilma Perkins, Beverly Perry, Gertrude §
Perry-Ridley, Sheila Quinn, Ernest §
Reynolds, Kisten Rhodes, Erica Rhone, §
Carrie Robinson, Katherine Robison, Rose §
Russell, Victor Seaborn, Yolanda §
Simmons-Moore, Sonya Sneed, Jonathan §
Taylor, Shiarnice Taylor, Crystal Thomas, §
Brenda Tillis-Allen, Godwin Unuigbokhai, §
LaQuinta Vargas, Germaine Washington, §
Frederica Watson, Alyssa Wallace, Donna §
Williams, and Tina Young, individually §
and on behalf of other similarly-situated §
individuals, §
                           *Plaintiffs*, §
*v.* §

| | |
|---|---|
| **HOUSTON COMMUNITY COLLEGE SYSTEM** | § § |
| *Defendant.* | § |

## PLAINTIFFS' INITIAL RULE 26(a)(1) DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Jeffery Austin, et al. and Other Similarly Situated Individuals ("Plaintiffs") provide the following initial disclosures:

Respectfully submitted,

*/s/ Benjamin L. Hall, III*
**Benjamin L. Hall, III**
State Bar No. 08743745
Federal Bar No. 8787
bhall@bhalllawfirm.com
**William L. Van Fleet II**
State Bar No. 20494750
Federal Bar No. 3670
bvfleet@comcast.net
THE HALL LAW FIRM
530 Lovett Blvd.
Houston, Texas 77006
Telephone:  (713) 942-9600
Facsimile:  (713) 942-9566

-AND-

**THE HITTNER GROUP, PLLC**

**George J. Hittner**
State Bar No. 24038959
S.D. TX No. 431901
george.hittner@thehittnergroup.com
P.O. Box 541189
Houston, Texas 77254
Phone: (713) 505-1003

-AND-

**THE VILLACORTA LAW FIRM, P.C.**

**Adrian V. Villacorta**
State Bar No. 24003111
530 Lovett Blvd.
Houston, Texas 77057
Telephone: (832) 991-8864
Facsimile: (832) 201-7469
avillacorta@avvlaw.com

-AND-

**JIMMY ARDOIN & ASSOCIATES, PLLC**

**James Ardoin**
State Bar No. 24045420
S.D. TX No. 571281
4900 Fournace Place, Suite 550
Houston, Texas 77401
Phone: (713) 574-8900
Toll Free: (888) 701-8509
Email: jimmy@jimmyardoinlaw.com

-AND-

**Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing, P.C.**

Joseph Y. Ahmad
Texas Bar No. 00941100
S.D. Tex. Bar No. 11604
Jordan Warshauer
Texas Bar No. 24086613
S.D. Tex. Bar No. 2994699
Edward B. Goolsby
Texas Bar No. 24092436
S.D. Tex. Bar No. 2505570
Nathan B. Campbell
Texas Bar No. 24097455
S.D. Tex. Bar No. 2745040
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Tel: (713) 655-1101
Fax: (713) 655-0062
joeahmad@azalaw.com
egoolsby@azalaw.com

3

jwarshauer@azalaw.com
ncampbell@azalaw.com

**ATTORNEYS FOR PLAINTIFFS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that all counsel of record were served with Plaintiffs' Initial Rule 26(a)(1) Disclosures on March 19, 2021.

/s/ *Benjamin L. Hall, III*
**Benjamin L. Hall, III**

## PRELIMINARY STATEMENT

Plaintiffs incorporate by reference the following into all prior and subsequent disclosures, if any, they have or will provide in this action.

Since filing Plaintiff's Original Petition on March 2, 2021, Plaintiff's lead trial counsel has received other communications from other Black aggrieved parties stemming from the complained of conduct at issue in this case. Plaintiffs' counsel are in the process of evaluating and assessing these new claims and will supplement the following disclosures as necessary based on forthcoming information from these other individuals.

Plaintiffs' disclosures are made subject to and without waiving Plaintiffs' right to protect any and all communications protected under the attorney-client privilege and attorney work-product doctrine.

Plaintiffs' counsel have additional responsive documents that will be made available for inspection and/or copying to defendants.

## <u>INITIAL DISCLOSURE</u>

(i)    The name and, if known, the address and telephone number of each individual likely to have the discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

Each of the following persons is believed to have information and knowledge relevant to either the claims, defenses, and/or damages involved in this litigation:

**1-91.    Jeffery Austin**
**Joan Austin**
**Antrece Baggett**
**Johnella Bradford**
**Ashley Britton-Picott**
**Adrian Brown**
**Cassandra Brown**
**Delilah Brown**
**Trina Campbell**
**Felicia Ruck-Carter**
**Hyginus Chukwu**
**Shirley Collins**
**Lisa Cooper**
**Ava Cosey**
**Marie Cromwell**
**Terrence Crosby**
**Marcus Curvey**
**Carolyn Davis**
**Karen Davis**
**Syble Davis**
**Linda Denkins**
**Brigette Dennis**
**Chameeta Denton**
**Antionette Dickson**
**Charles Drayden**
**Rosemary Edwards**
**Catina Eiland**
**Lorlie Ellis**
**Readri Epps**
**Micalyn Flagg**
**Rosalyn Francis**
**Geraldine Gibson**
**Brandy Griffin**
**Afrah Hassan**

**Avis Horde**
**Kim Ingram**
**Dawnica Jackson**
**Rodney Jackson**
**Troy Jefferson**
**China Jenkins**
**Demeita Johnson**
**Michelle Johnson**
**Reginald Johnson**
**Andrea Jones**
**Stephanie Jones**
**Beverly Joseph**
**Pandora Jubilee**
**Betty Keller**
**Ellamees Kelly-Molo**
**Terry Kidd**
**Elfreda King**
**Latina King**
**Edna Kingsley**
**Donny Leveston**
**Conrad Levy**
**Marlene London**
**Damita McClain**
**Marcus McNeil**
**Lue Mims**
**Ricardo Modeste**
**Kishma Moranice**
**Miesha Mosley**
**Ameenah Muhammad**
**Mary Page**
**Shirley Parish**
**Cynthia Patton**
**Wilma Perkins**
**Beverly Perry**
**Gertrude Perry-Ridley**
**Sheila Quinn**
**Ernest Reynolds**
**Kisten Rhodes**
**Erica Rhone**
**Carrie Robinson**
**Katherine Robison**
**Rose Russell**
**Victor Seaborn**
**Yolanda Simmons-Moore**
**Sonya Sneed**
**Jonathan Taylor**

**Shiarnice Taylor Burns**
**Crystal Thomas**
**Brenda Tillis-Allen**
**Godwin Unuigbokhai**
**LaQuinta Vargas**
**Alyssa Wallace**
**Germaine Washington**
**Frederica Watson**
**Donna Williams**
**Tina Young**

**c/o Benjamin L. Hall, III**
**William Van Fleet**
**THE HALL LAW FIRM**
**530 Lovett Blvd.**
**Houston, Texas 77006**
**(713) 942-9600**

**George Hittner**
**The Hittner Group, PLLC**
**P.O. Box 541189**
**Houston, Texas 77254**
**(713) 505-1003**

**Adrian Villacorta**
**The Villacorta Law Firm**
**530 Lovett Blvd.**
**Houston, Texas 77006**
**(832) 991-8864**

**Jimmy Ardoin**
**Jimmy Ardoin & Associates, PLLC**
**4900 Fournace Place, Suite 550**
**Houston, Texas 77401**
**(713) 574-8900**

**Joseph Y. Ahmad**
**Jordan Warshauer**
**Edward B. Goolsby**
**Nathan B. Campbell**
**Ahmad, Zavitsanos, Anaipakos,**
**Alavi & Mensing, P.C.**
**1221 McKinney Street, Suite 2500**
**Houston, Texas 77010**
**(713) 655-1101**

*These are Plaintiffs and the names of their counsel in this case. The Plaintiffs, including putative class members, have knowledge of the evidence supporting the claims, damages, policies, practices, and injuries that form the basis of claims in this case, as well as the economic losses sustained by the Plaintiffs.  They also have knowledge of the Defendants' policies, practices, customs, operations, characteristics, culture, and discriminatory actions complained about in this case.  They also have knowledge of the participants and decision-makers who participated in the wrongful behavior involved in this case.*

92-155.    **Houston Community College**
**Cesar Maldonado**
**Janet May**
**Adriana Tamez**
**Thomas Anderson**
**Miguel San Juan**
**Maya Durnovo**
**Norma Perez**
**Carin Hutchins**
**Kurt Ewen**
**Catherine O'Brien**
**Qamar Zuberi**
**Carolyn Greene**
**Y. Nicole Montgomery**
**Janet Wormack**
**Edgar Smith**
**Joellen Soucier**
**Johne Minor**
**Mark Praigg**
**Lucie Tredennick**
**Rogelio Anasagasti**
**Warren Winston**
**Jessica Vasquez**
**Jodie Khan**
**E. Ashley Smith**
**Izzy Anderson**
**Shantay Grays**
**Desmond Lewis**
**Remmel Young**
**Karen L. Schmidt**
**Fheryl Prestage**
**Marshall Heins**
**Melissa Gonzalez**
**Christina Robinson**
**Tara Bond**

**Ricardo Solis**
**Renee Mack**
**David Cross**
**Christopher Burton**
**Kerry Doucette**
**Gabriella Zambrano**
**Elizabeth Semien**
**Cynthia Lopez**
**Naomi Tobin**
**Kathleen Engle**
**Hina Naik**
**Robert Robinson**
**Greg Cunningham**
**Madeline Burrillo**
**Matias Garza**
**Stuart Evans**
**Alix Alvarado**
**Richard Guerra**
**Karrie Seay**
**Satrice Morris**
**Alan Ainsworth**
**Charles Smith**
**Bianca Matlock**
**Lisa Smith**
**Debra Servantes**
**Nandy Baldonado**
**James Bailey**
**John Dziedic**
**John Boxie**

**c/o Paul Lamp**
**C. Cory Rush**
**Karczewski Bradshaw Spalding**
**3700 Buffalo Speedway, Suite 560**
**Houston, Texas 77098**
**713-993-7075**

**R. Paul Yetter**
**Tracy N. LeRoy**
**Rhuju N. Vasavada**
**Yetter Coleman LLP**
**811 Main Street, Suite 4100**
**Houston, Texas 77002**
**(713) 632-8000**

**Richard Morris**

Jonathan G. Brush
Rogers, Morris & Grover, L.L.P.
5718 Westheimer
Suite 1200
Houston, Texas 77057
713-960-6000

*Employees and some named defendants who participated in, fostered, and/or implemented the complained of conduct alleged in this suit. They participated in the making, devising, and implementation of the discriminatory, retaliatory, and theft of grant (restricted) funds involved in this case. Plaintiffs assert that the communications between these individuals will establish and support the racial discrimination, retaliation, and theft of grant funds alleged in this case. Some of these people were directly involved in the misuse of grant funds and/or had actual knowledge of the misuse of such funds.*

156.    **Zelia Brown**

**Based on information or belief, the above individual may have knowledge of facts relevant to the issues in this case.**

157-166.    **Dr. John P. Hansen**
**Eva L. Loredo**
**Dr. Reagan Flowers**
**Monica Flores Richart**
**Rhonda Skillern-Jones**
**Robert Glaser**
**Dr. Cynthia Lenton-Gary**
**Dr. Pretta VanDible Stallworth**
**Carroll Robinson**
**Dave Wilson**
**Chris Oliver**
**Dave Wilson**
**3100 Main Street**
**Houston TX 77002**
**(713) 718-2000**

*These individuals are former or present members of the HCC Board of Trustees and have knowledge of the Defendants' actions alleged in this case, including but not limited to their ratification and approval of the conduct complained on in this case.*

167.    **Hector Lopez**
**Address Presently Unknown**
**Phone Number Presently Unknown**

*This individual may have knowledge regarding Defendants' discriminatory actions involved in this case.*

168. **Wayne Dolcefino**
**Dolcefino Consulting**
**3701 Kirby Dr Ste 560**
**Houston, TX 77098**
**(713) 360-6911**

*Investigative journalist who is believed to have incriminating documents against the defendants involved in this case.*

169. **Brittany Britto**
**Houston Chronicle**
**801 Texas St Ste 100**
**Houston, TX 77002**
**(713) 220-7171**

*Higher Education reporter for the Houston Chronicle who is believed to possess information regarding the defendants' conduct complained about in this case.*

170. **Current and former employees, representatives, contractors, agents, and custodians of records of Pima Community College**
**4905 E Broadway Blvd.**
**Tucson, AZ 85709**
**(520) 206-4500**

*Have knowledge of Janet May's questionable Human Resource practices and modus operandi of getting rid of unwelcome individuals.*

171. **Officials with the U.S. Department of Commerce**
**Office of Inspector General**
**1401 Constitution Avenue N.W.**
**Washington, DC 20230**
**(202) 482-4661**

*This governmental agency is believed to have information relating to Defendants' misuse and theft of federal grant funds.*

172-173. **Benjamin L. Hall, III**
**William Van Fleet**
**THE HALL LAW FIRM**
**530 Lovett Blvd.**
**Houston, Texas 77006**
**(713) 942-9600**

174.    **George Hittner**
**The Hittner Group, PLLC**
**P.O. Box 541189**
**Houston, Texas 77254**
**(713) 505-1003**

175.    **Jimmy Ardoin**
**Jimmy Ardoin & Associates, PLLC**
**4900 Fournace Place, Suite 550**
**Houston, Texas 77401**
**(713) 574-8900**

176.    **Adrian Villacorta**
**THE VILLACORTA LAW FIRM**
**530 Lovett Blvd.**
**Houston, Texas 77006**
**(713) 942-9600**

177-180.    **Joseph Y. Ahmad**
**Jordan Warshauer**
**Edward B. Goolsby**
**Nathan B. Campbell**
**Ahmad, Zavitsanos, Anaipakos,**
**Alavi & Mensing, P.C.**
**1221 McKinney Street, Suite 2500**
**Houston, Texas 77010**
**(713) 655-1101**

*The above Plaintiffs' counsel are familiar with and will provide testimony regarding the necessary and associated fees and costs to prosecute this litigation.*

**Plaintiffs will supplement this disclosure as warranted by discovery.**

(ii)    A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.

**Plaintiffs cross identify all documents listed in Defendants' Initial Disclosure and any subsequent disclosures, if any. Such cross adoption does not, however, constitute Plaintiffs' consent or agreement to the admissibility or relevance of any such documents and Plaintiffs expressly reserve the right to object to the use or admission of any such documents in this case.**

**In addition to exhibits accompanying Plaintiffs' Original Petition and Request for Class Certification filed in this matter, Plaintiff counsel have more documents in their possession that are responsive to this request. Plaintiffs' counsel are presently having those documents imaged and will quickly produce same once that imaging has been completed.**

(iii)    A computation of each category of damages by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary materials, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extend of injuries suffered.

**Response: Plaintiffs believe compensatory and punitive damages for each of the putative class members should exceed $100,000 per class member. The named plaintiff Austin believes his compensatory and punitive damages, fees and costs will exceed $2,500,000. There are expected to be over 100+ class members or separately filed lawsuits against defendant if a class action is not approved in this case.**

(iv)    For the inspection and copying as under Rule 34, any insurance agreement under which insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**Response: None**