United States District Court  |  Southern District of Texas

United States District Court
Southern District of Texas
**ENTERED**
September 13, 2022
Nathan Ochsner, Clerk

Austin, et al., §
§
    Plaintiffs, §
§
versus § Civil Action H-21-686
§
Houston Community College, et al., §
§
    Defendants. §

## Partial Dismissal

These employees are dismissed with prejudice because their claims fall outside the two-year statute of limitations (51):

| | |
|---|---|
| Johnella Bradford | Wilma Perkins |
| Adrian Brown | Sheila Quinn |
| Readri Epps-Lincoln | Ernest Reynolds |
| Demeita Johnson | Kisten Rhodes |
| Stephanie Jones | Carrie Robinson |
| Beverly Joseph | Rose Russell |
| Pandora Jubilee | Godwin Unuigobokhai |
| Betty Keller | Karen Davis |
| Latina King | Gerladine Gibson |
| Miesha Mosley | Germain Washington |
| Shirley Parish | |

Signed on September **12**, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge